RICHARD MINOCHIAN ET AL., PROSECUTOR, v. CITY OF PATERSON, DEFENDANT.

Decided May 6, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the prosecutor, *Edward F. Merrey.*

For the defendant, *Benjamin J. Spitz.*

PER CURIAM.

The petition for a rehearing is denied.

Reported in 6 *N. J. Adv. R.* 1905.